*If this opinion indicates that it is "FOR PUBLICATION," it is subject to revision until final publication in the Michigan Appeals Reports.*

# STATE OF MICHIGAN

# COURT OF APPEALS

GREGORY COOSARD and THERESIA
COOSARD,

        Plaintiffs-Appellants,

v

STEVE TARRANT,

        Defendant-Appellee.

FOR PUBLICATION
August 18, 2022

No. 357950
Montcalm Circuit Court
LC No. 2020-027044-CZ

Before: SWARTZLE, P.J., and RONAYNE KRAUSE and GARRETT, JJ.

SWARTZLE, P.J. (*concurring in the judgment*).

I concur in the judgment, and I would affirm solely on the grounds relied upon by the trial court.

/s/ Brock A. Swartzle

-1-